UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TROY COLLIER,

        Plaintiff(s),

v.

WINDSOR FIRE PROTECTION DISTRICT et al.,

        Defendant(s).

No. C 08-02582 MEJ

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: August 4, 2008

Signature /s/ Michael S. Biggs

Counsel for Plaintiff
(Plaintiff, Defendant, or indicate "pro se")