IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TROY COLLIER,                                         No. C-08-2582 MEJ

        Plaintiff,                              **NOTICE OF IMPENDING
REASSIGNMENT TO A
  vs.                                                  UNITED STATES
DISTRICT COURT JUDGE**

WINDSOR FIRE PROTECTION DISTRICT, et
al..

        Defendant.
_____/

      The Clerk of this Court will now randomly reassign this case to a United States District

Judge because either:

  X    (1)  One or more of the parties has requested reassignment to a United States District Judge,

or

_____  (2)  One or more of the parties has sought a kind of judicial action (e.g., a temporary

restraining order) that a Magistrate Judge may not take without the consent of  all parties, the

necessary consents have not been secured, and time is of the essence.

_____  (3)  One or more of the parties is without counsel and have not made the necessary consent to

proceed before a Magistrate Judge within 30 days.

      All previous hearing dates are hereby **VACATED.**

Dated:  August 8, 2008                        _____
                             MARIA-ELENA JAMES
                             United States Magistrate Judge

**United States District Court**
**For the Northern District of California**