WILLIAM J. GORHAM III, SB No. 151773
MAYALL, HURLEY, KNUTSEN, SMITH & GREEN
A Professional Corporation
2453 Grand Canal Boulevard, Second Floor
Stockton, California 95207-8253
Telephone: (209) 477-3833
Facsimile: (209) 473-4818
Email: wgorham@mayallaw.com

Attorneys for Defendants,
Windsor Fire Protection District Board of Directors; Ronald Collier;
Matt Gustafson; Joe Giordani

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY COLLIER<br><br>Plaintiff,<br><br>vs.<br><br>WINDSOR FIRE PROTECTION DISTRICT BOARD OF DIRECTORS, IN ITS OFFICIAL CAPACITY; CHIEF OF THE WFPD RONALD COLLIER, IN HIS OFFICIAL CAPACITY; BATALLION CHIEF MATT GUSTAFSON, IN HIS OFFICIAL AND INDIVIDUAL CAPACITY; BATTALLION CHIEF JOE GIORDANI, IN HIS OFFICIAL AND INDIVIDUAL CAPACITY;<br><br>And DOES 1-25,<br><br>Defendants. | No. 3:08-CV-02582 VRW<br><br>REQUEST FOR TELEPHONIC APPEARANCE; ~~PROPOSED~~ ORDER<br><br>Date: November 12, 2009<br>Time: 3:30 p.m.<br>Courtroom: 6<br>Judge: Chief Judge Vaughn R. Walker |

Counsel for Defendants' hereby requests permission from the Court to appear at the November 12, 2009 Further Case Management Conference by telephone. Counsel is located over 90 miles from San Francisco, California, and it is for that reason this request is made.

DATED: November 9, 2009      MAYALL, HURLEY, KNUTSEN, SMITH & GREEN

By _____
  /s/ WILLIAM J. GORHAM III, Attorneys for Defendants

Request for Telephonic Appearance.                                                              - 1 -

# ~~PROPOSED~~ ORDER

It is hereby ordered that counsel for defendants may appear telephonically at the Further Case Management Conference scheduled for November 12, 2009 at 3:30 p.m. in Department #6 of the United States District Court, Northern District of California.

Dated: 11/10/09



Proposed Order      i